**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 215 EAL 2022
                                  :
          Respondent              :
                                  :
                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court
     v.                           :
                                  :
                                  :
CARVELL RICE,                     :
                                  :
          Petitioner              :

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.